

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 26 2024
ARTHUR JOHNSTON
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO. 1:24cr67TBM-RPM

WAYNISHA NEQUETTE BASS                          18 U.S.C. § 922(a)(6)
                                                18 U.S.C. § 924(a)(1)(A)

**The Grand Jury charges:**

COUNT 1

On or about July 16, 2021, in Harrison County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **WAYNISHA NEQUETTE BASS**, in connection with the acquisition or attempted acquisition of a firearm from Academy Sports + Outdoors, a licensed dealer of firearms within the meaning of Title 18, United States Code, Chapter 44, knowingly made a false and fictitious written statement to Academy Sports + Outdoors, which statement was intended and likely to deceive Academy Sports + Outdoors as to a fact material to the lawfulness of the acquisition of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that she was the actual transferee/buyer of the firearm when answering Block 21.a. on Department of Treasury, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, whereas in truth and in fact the defendant knew that she was buying the firearm for someone else.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

COUNT 2

On or about July 16, 2021, in Harrison County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **WAYNISHA NEQUETTE BASS**, knowingly made a false statement and representation to Academy Sports + Outdoors, an entity licensed under the provisions of Title 18, United States Code, Chapter 44, with respect to information required by the provisions of Title 18, United States Code, Chapter 44, to be kept in the records of Academy Sports + Outdoors, in that the defendant represented that she was the actual transferee/buyer of the firearm when answering Block 21.a. on Department of Treasury, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, whereas in truth and in fact the defendant knew that she was buying the firearm for someone else.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

COUNT 3

On or about July 24, 2021, in Harrison County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **WAYNISHA NEQUETTE BASS**, in connection with the acquisition or attempted acquisition of a firearm from Dads Super Pawn, a licensed dealer of firearms within the meaning of Title 18, United States Code, Chapter 44, knowingly made a false and fictitious written statement to Dads Super Pawn, which statement was intended and likely to deceive Dads Super Pawn as to a fact material to the lawfulness of the acquisition of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that she was the actual transferee/buyer of the firearm when answering Block 21.a. on Department of Treasury, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms

Transaction Record, whereas in truth and in fact the defendant knew that she was buying the firearm for someone else.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

COUNT 4

On or about July 24, 2021, in Harrison County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **WAYNISHA NEQUETTE BASS**, knowingly made a false statement and representation to Dads Super Pawn, an entity licensed under the provisions of Title 18, United States Code, Chapter 44, with respect to information required by the provisions of Title 18, United States Code, Chapter 44, to be kept in the records of Dads Super Pawns, in that the defendant represented that she was the actual transferee/buyer of the firearm when answering Block 21.a. on Department of Treasury, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, whereas in truth and in fact the defendant knew that she was buying the firearm for someone else.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### **NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE**

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses.

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been

substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code, Section 2461.

TODD W. GEE
United States Attorney

A TRUE BILL:

s/signature redacted
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the ___ day of June 2024.

UNITED STATES MAGISTRATE JUDGE

4